

**FILED**
J N
JUL X 8 2008
7-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America ex rel. **R59619**
**Tyron Bowens**
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

**Eddie Jones**
(Warden, Superintendent, or authorized person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank **only** if judgment attacked imposes a sentence to commence in the future)

ATTORNEY GENERAL OF THE STATE OF
**IL**
(State where judgment entered)

08cv3883
JUDGE NORGLE
MAG. JUDGE BROWN

Case Number of State Court Conviction:
**06CR19598, 599, 600, 601, 602**

### PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: **Bridgeview Courthouse Cook County**

2. Date of judgment of conviction: **2-21-07**

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   **06CR19598, 599, 600, 601, 602**

4. Sentence(s) imposed: **Boot Camp**

5. What was your plea? (Check one)   (A) Not guilty   ( )
                                      (B) Guilty      (✓)
                                      (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

Revised: 7/20/05



**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):    Jury ( )    Judge only (✓)

2. Did you testify at trial?    YES ( )    NO (✓)

3. Did you appeal from the conviction or the sentence imposed? YES (✓)  NO ( )

    (A) If you appealed, give the
    
    (1) Name of court: _Bridgeview courthouse_
    
    (2) Result: _Judge allowed defendant to be examined for reinstate_
    
    (3) Date of ruling: _____
    
    (4) Issues raised: _Doctors found inmate ~~cased~~ to be unstable for bootcamp_

    (B) If you did not appeal, explain briefly why not: _____

4. Did you appeal, or seek leave to appeal, to the highest state court?    YES (✓)    NO ( )

    (A) If yes, give the
    
    (1) Result: _My lawyer was not interested in helping_
    
    (2) Date of ruling: _____
    
    (3) Issues raised: _Medical Record_

    (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*?  Yes ( )  No (✓)

    If yes, give (A) date of petition: _____ (B) date *certiorari* was denied: _____

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES (✗)   NO ( )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: _Bridgeview Courthouse_

   B. Date of filing: _____

   C. Issues raised: _Motion to Change Confinement_

   _____

   _____

   D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (✗)

   E. What was the court's ruling? _Out of jurisdiction_

   F. Date of court's ruling: _____

   G. Did you appeal from the ruling on your petition?   YES (✗)   NO ( )

   H. (a)   If yes, (1) what was the result? _Motion Stricken_

   (2) date of decision: _____

   (b)   If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( )   NO (✗)

   (a)   If yes, (1) what was the result? _____

   (2) date of decision: _____

   (b)   If no, explain briefly why not: _____

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?    YES ( )    NO (X)

    A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1. Nature of proceeding    _____

        2. Date petition filed    _____

        3. Ruling on the petition    _____

        4. Date of ruling    _____

        5. If you appealed, what was the ruling on appeal?    _____

        6. Date of ruling on appeal    _____

        7. If there was a further appeal, what was the ruling?    _____

        8. Date of ruling on appeal    _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?    YES ( )    NO (X)

    A. If yes, give name of court, case title and case number: _____

    B. Did the court rule on your petition? If so, state

        (1) Ruling:    _____

        (2) Date:    _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?    YES ( )    NO (X)

    If yes, explain: _____

Revised: 7/20/05

**PART III – PETITIONER'S CLAIMS**

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  I was held more than 48 hrs in C.P.D
Supporting facts (tell your story briefly without citing cases or law):

I was arrested August 15, 2008 10:30am. I went to Bond Court August 19 2008 1pm. I was beaten, coersed and lied to about being released so that I would sign some papers.

(B) Ground two  I have been raped and drugged
Supporting facts:

One of the victims whose home I was charged with burglary is also a Correctional officer at Joliet Prison. Who is named Osmond Rutherford who purposely separated me from the original bootcampers and put me in population where I should have never been placed. Where after 3 weeks of being raped and drugged by my cellmate I had a mental breakdown

5

Revised: 7/20/05

(C) Ground three _I have been denied boot camp_
Supporting facts: for being mentally unstable but I have been sent to a maximum security prison with no mental rehabilitation even though I have had another relapse they never dx me and sent me back to segragation with no plans on transferring me back to mental setting

(D) Ground four _I have had 3 years added_
Supporting facts: to my sentence since I have been in Pontiac, They write me up for asking a question, They have retaliated against me because my mother has complained about me being put here and they keep lying on me.

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

   YES (x)   NO ( )

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing __Gary ADAIR__

(B) At arraignment and plea __Gary ADAIR__

(C) At trial __Gary ADAIR__

(D) At sentencing __Gary ADAIR__

(E) On appeal __George Pappas__

(F) In any post-conviction proceeding __Zedrick Braden, Robert Kurr__

(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (X)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: __7-2-08__
(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

__Byron Br__
(Signature of petitioner)

__R59619__
(I.D. Number)

__7453 S Racine__
(Address)
__Chicago IL 60620__

7

Revised: 7/20/05

```
STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )
```

The SEPTEMBER, 2006 Grand Jury of the
Circuit Court of Cook County.

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about JULY 27, 2006 at and within the County of Cook

TYRON BOWENS

committed the offense of         RESIDENTIAL BURGLARY

in that HE, KNOWINGLY AND WITHOUT AUTHORITY, ENTERED THE DWELLING PLACE OF

OSMOND RUTHERFORD, LOCATED AT 9053 SOUTH ELIZABETH, IN CHICAGO, COOK COUNTY,

ILLINOIS, WITH THE INTENT TO COMMIT THEREIN A THEFT,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 19-3

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

```
                              CHARGE ID CODE: 1120000
                              CASE NO. 06CR-19599
                              COUNT 01
```

R59619  BOWENS, TYRON
Age: [illegible]  DOB: / /
Race: BLK  Sex: M
NRC 02/23/2007  133 M  ID#: ____

**Transferring Facility:** S.T.A - N R C Center

**Date:** 4, 23, 07  **Time:** ____ ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKA  **Food Handler Approved:** ____

**Current / Acute Conditions / Problems:** ____
**Chronic Conditions / Problems:** Schizophrenia

**Current Medications** (name, dosage, frequency, and duration):
- Acute: ____
- Chronic: ____  Prozac 100mg QHS
- Chronic Psychotropic: Risperdal 2mg QHS — Prozac 20mg QHS

**Current Treatments:** ____

**Therapeutic Diets:** ____

**Follow-Up Care:** psych clin

**Chronic Clinics:** ____

**Specialty Referrals:** ____

**Significant Medical History:** ____

**Physical Disabilities / Limitations:** ____

**Assistive Devices / Prosthetics:** ____  ☐ Glasses  ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date ___/___/___  ☒ Hx Psych Med  ☐ Hx MHP/STC  **Substance Abuse:** ☐ Alcohol  ☒ Drugs

**Print Name and Title:** GEDMIEW R  **Signature:** [signed]  **Date:** 4, 23, 07

---

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** Dixon CC STC  **Date:** 4, 30, 07  **Time:** 7  ☐ a.m. ☒ p.m.

**Subjective:**
- **Current Complaint:** Ø
- **Current Medications/Treatment:** NKA

**Assessment:** [illegible handwriting] S/O systems [illegible] EP [illegible], hep [illegible] [illegible] [illegible], open [illegible], [illegible] - [illegible], [illegible] - good CRC

**Objective:**
- **Physical Appearance/Behavior:** clean, [illegible]
- **Deformities: Acute/Chronic:** Ø
- T: 97  P: 70  R: 110  B/P: 125/70
- wt 170

**Plan: Disposition:**
☒ Health Information Given ____  ☐ Emergency Referral ____
☒ Sick Call: ☐ Urgent  ☒ Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinic
☐ Work / Program Limitation  ☐ Specialty Referral  ☐ Other (specify) ____
☐ Infirmary Placement: ____
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify) ____

**Printed Name and Title:** [signed]  **Signature:** [signed]  **Date:** 4, 30, 07

---

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

**Offender's Signature:** ____  **Date:** ____  **Time:** ____  ☐ a.m. ☐ p.m.

**Distribution:** Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0080 (Rev. 1/2006)

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Mental Health Diagnostic and Treatment Note

Offender Name: **Bowens, Tyron**  ID#: **R 55617**

**Juvenile Facilities Only:**

Housing Unit: _____  Correctional Counselor: _____

Psychiatrist: _____  Psych Medication: _____

Mental Health Level: _____  Recommended Mental Health Level: _____

**Reason for Referral:**

[X] Initial Evaluation   [ ] Medication Review   [ ] Mental Health Level Change   [ ] Crisis Response

[ ] Group Note   [ ] 1:1 Note   [ ] Parole Clearance   [ ] Family Therapy   [ ] Other _____

Subjective Data: 18 y/o male locked up 3 month. pt has no hx of prior psychiatric treatment. He reported he did not feel safe in his room. He believed his roommate drugged him and touched him when he was sleeping.

Objective Data: Hx of Alcohol, cannabis abuse. Denied FHx of mental illness. Denied Hx of attempted suicide. pt showed paranoid ideation, anxiety, decreased A-H (?  or H?). He has decreased concentration, decreased reality testing. Cooperative.

**Assessment/Diagnosis:**

AXIS I: Psychotic d/o NOS. Alcohol, cannabis abuse

AXIS II: def

AXIS III: def

Summary and Treatment Plan: Transfer to J- unit C.S. Risperdal 2 mg

Signature/Title: _____  Date: 4-4-07  Supervisor Signature (if applicable): _____  Date: _____

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Center: STA NRC

Offender Information: Bowens, Tyrone   ID#: R-59619

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/17/07 10:30 AM  Meds Risp. 2 QHS Proz 20 QAM Serace 100 QHS | Psychiatry  18yr BM. Says he wants to whistle to drown out voices. Hears Thing like "Stop trying... you're never gettin' out of here." Sleep fair. Appetite ok. Still fears his former cellmate can't get to him at night. Reluctant to talk. MSE: ⊕ depressed mood, blunt affect, ⊕ psychomotor slowing.  A) Schizophrenia | 1) Con't CS. 2) ↑ Risperdal 3mg po BID 3) Begin Cogentin 1mg po QAM, QHS 4) ↑ Prozac 40mg po QAM  [signature] M.D. |
| 6:00pm 4-17-07 | S: N/C  O: up + about in cell.  A: Close supervision | [illegible] |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Stateville NRC Center

Offender Information:

Last Name: BOWENS  First Name: TYRON  ID#: R59619

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | STATEVILLE NRC MENTAL HEALTH ARCS ADDENDUM NOTE: Psychology | REVISED TREATMENT AND PLACEMENT RECOMMENDATION: |
| 1-12-07 12:30 PM | This is an 18 y/o AA male from Cook Co. who has been in the NRC since 2/23/07 as a boot camp referral. In recent weeks, he has presented with s/sx of psychosis including disorganized speech and behavior, paranoid delusional ideation and a sleep and appetite disturbance. He has recently become more depressed and interval psychotic, admitted to auditory hallucinations and self destructive ideation. I/M has shown minimal therapeutic response to psychotropic medication and is believed to represent a risk for self harm. Dx: Schizophreniform Disorder (Provisional) R/O Schizophrenia / Paranoid Type. [signature] | Rec: Transfer to DSTC. I/M is not eligible to participate in Boot Camp program due to his decompensated mental health condition. [signature] PsyD |

Price 75¢    Serving Beverly Hills, Morgan Park and Mount Greenwood    Vol. 102 No. 14

# Department of Planning releases wish list for acquisition of properties on 95th Street

by Patrick Thomas

The city's Department of Planning and Development announced it is seeking the authority to acquire at least eight properties inside the 95th Street and Western Avenue Tax Incremental Financing (TIF) district.

Whether this means the city will exercise the power of eminent domain to acquire those properties remains to be seen. But to some, it appears the city is pressuring property owners into making something out of their vacant buildings.

"Perhaps," said a grinning Dan Klaiber, project manager of the 95th and Western TIF district. "It is a tool to speed up development."

The properties include the following: 8834 S. Western Ave.; 8957-8959 S. Western Ave.; 9049 S. Western Ave.; 9115 S. Western Ave.; 9143 S. Western Ave.; 8315 S. Western Ave.; 2225 W. 95th St.; and 2001-2007 W. 95th St.

"We are not acquiring the property at this time, but we are adding another tool to the toolbox," Klaiber told a handful of property owners at a meeting at Ridge Park on Aug. 24.

Klaiber told the group that the city was not looking to acquire any properties overnight. Officials would prefer, in fact, (See Properties page 16)



Tyron Bowens

## Teens charged in North Beverly burglary spree

by Patrick Thomas

A summer spree of burglaries in North Beverly and beyond came to an abrupt end after 22nd District police nabbed three teens caught in the act by neighbors.

Tyron Bowens, 18, of 8953 S. Racine Ave., was arrested and charged with six counts of burglary on Aug. 15 along with two 16-year-old boys who were cited in a juvenile petition for burglary, 22nd District police said.

At about 6:45 p.m. on Aug. 15, a neighbor spotted Bowens and one of the juveniles as they entered a home through a window on the 9200 block of South Vanderpoel Avenue, said 22nd District Tactical Unit Officer L. Kerr, one of the arresting officers.

The window was opened slightly, and the suspects were able to open it and push in the screen. Kerr said. But when



## Neighborhood gridiron rivalry revived

Captains and coaches of the football teams at Marist and Br. Rice high schools meet at midfield for the coin toss prior to the teams' first contest against each other since 2002. The Crusaders won 25-0 in front of a sellout crowd of 5,800 on Aug. 25 to even the all-time series at 15 wins apiece. See page 11 for complete

## City shuts down Taco Bell for license violations

by Patrick Thomas

The city shut down a popular longstanding fast food restaurant on Western Avenue after it was discovered the restaurant had been operating without a license or a certified food manager.

Taco Bell, 10451 S. Western Ave., was closed for business on Aug. 17 until Aug 25, city officials said.

The restaurant had been operating without a retail business license, said Rosa Escareano, spokeswoman for the city's Department of Business Affairs and Licensing. It was unknown how long the firm had operated without the required license.

When Taco Bell management officials applied for a license in February, they were rejected on two occasions because Health Department inspectors discovered the res-

# Charges

(Continued from page 1)

in the Chicago Alternative Policing Strategy (caps) program and his fellow officers, including four assisting units, whose training showed its value.

"Everybody over there got involved," he said.

"We do keep in pretty good shape, and the assisting officers were great in getting there."

Although none of the thefts was extremely costly for neighbors, the arrests capped an end to a series of burglaries that had tormented area residents over the last two months.

According to Kerr, one of the juveniles would act as a lookout while the other two entered homes. The suspects would walk door to door, knock, look to see if a vehicle was in the driveway or listen for a television. If no one answered, they would simply kick down a front or back door, he added.

"These guys would do it in broad daylight," Kerr said. "Even if you think you have enough dead bolts down, they keep kicking; that door is not going to hold."

Police said the three teens were linked to five other burglaries including the following crimes:

July 14 on the 1200 block of West 90th Street: They are accused of kicking in the front door and stealing a large jar full of change, authorities said.

July 18 on the 8900 block of South Elizabeth Street: They are accused of kicking down the front door; police had no further information on any theft.

July 19 on the 9300 block of South Hoyne Avenue: They are accused of stealing $20 in change.

July 27 on the 9000 block of South Elizabeth Street: They are accused of kicking down the front door and stealing a large bag of change.

Aug. 7 on the 1700 block of West 100th Street: They are accused of kicking down the back door and stealing some collector swords and change.

The owner of the home on the 9200 block of South Vanderpoel Avenue said a watch was missing from the house, but it was never recovered following the foot chase.

Bowens is due back in court on Sept. 12 in Far South Felony Court (Br. 38). Court information for the two juvenile suspects was not available.

They entered, an alarm went off, and the suspects were forced to flee the house. After alerting police, the neighbor watched as Bowens lifted one of the juveniles out of the window, and the three suspects attempted to escape, according to police.

The trio hopped a wrought-iron fence and ran into a near-by patch of woods where they hid for about a minute.

But just as they fled the woods and tried crossing the Rock Island rail tracks, Kerr and his partner, J. Alonso (the officers declined to use their full names for this report) were walking along the tracks. The three suspects led the officers on a chase for nearly two blocks until police caught the three teens on the 1700 block of West 90th Place.

Bowens and one of the juveniles were hiding under a back porch, while the third suspect tried to blend in with a crowd of younger children playing across the street, Kerr said.

He credited the neighbors who have taken an active role

# POLICE BLOTTER

stole a video camera, two TVs and other electronic items from a home on the 10900 block of South Troy Street between 5 p.m. on Aug. 21 and 3:30 p.m. on Aug. 23, police said.

Aug. 20—An unknown offender stole blank checks from a home on the 10800 block of South Maplewood Avenue at 11:20 a.m., police said.

***

Aug. 20—An unknown offender broke a window of a car on the 10500 block of South Hale Avenue at 5:30 p.m., police said.

***

Aug. 21—A known man threatened another man during an altercation on the 11200 block of South Homan Avenue at 12:05 p.m., police said. No arrests were made as of press time.

***

Aug. 21—A known man threatened a man and woman during an altercation on the 11000 block of South Springfield Avenue at 5:30 p.m., police said. No arrests were made as of press time.

***

Aug. 22—A known woman stole a car on the 1600 block of West 107th Street at 9:30 a.m., police said. No arrests were made as of press time.

***

Aug. 22—An unknown offender broke a window of a bus on the 3600 block of West 103rd Street at 8 a.m., police said.

***

Aug. 23—An unknown offender broke a window and

Aug. 23—A known man beat up a victim on the 1600 block of West 92nd Street at 3:30 p.m., police said.

***

Aug. 23—A juvenile was arrested and turned over to youth services after being charged with burglary on the 11700 block of South Maplewood Avenue at 9:38 a.m., police said.

***

Aug. 23—Two unknown men stole two packages of ribs from a business on the 3100 block of West 103rd Street at 10 p.m.,



Beverly Hills CAR WASH
10100 S. Western
239-5600

$5.99 Exterior Wash All Day Long

$4.00 off Any Full-Service or
$4.00 off Any Full-Service or
$4.00 off Any Full-Service or

Early Bird Special $5.99
CUSTOM EXTERIOR CAR WASH
Gift Certificates Available
Monday through Friday, 6am-8am and 6pm-8pm only

06CR1960101

THE PEOPLE OF THE STATE OF ILLINOIS VS. TYRON BOWENS

| DATE | | | PAPERS FILED |
|---|---|---|---|
| SEP 1 2 2006 | | | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | | | PRES. JUDGE ASSIGNMENT DATE: SEP 2 6 2006 |
| | | | BAIL PREVIOUSLY SET $ 250,000 |
| | | | composite all cases |

| DATE | JUDGE | ORDERS ENTERED | |
|---|---|---|---|
| | | NO ARRAIGNMENT | |
| | | ASSIGNED TO JUDGE | Mannion 10-3-06 |
| 10/3/06 | OCT 0 3 2006 | O.C 10/5/06 | |
| 10/5/06 | Stewart | Warr. to issue NoBail | |
| 10/12/06 | Stewart | W.R & Q | |
| 10/16/06 | Stewart | BA 10/17/06 | |
| 10/17/06 | Stewart | BA 11/15/06 TIA | |
| 11/15/06 | Stewart | PA 12/8/06 ct | |
| Judge Victoria A. Stewart · 1635 DEC 0 8 2006 | | BA 1/30/07 | |
| Judge Victoria A. Stewart · 1635 JAN 3 0 2007 | | PA BA 3/13/07. 2/21/07 | |
| Judge Victoria A. Stewart · 1635 FEB 2 1 2007 | | By JW Age 18 Stip to Facts FG Pre Sent SI DNA 6 years IDOC Credit 190 days CCS TASC | |

2/01) CCCR 0605 A　　　　　　　　　　　　　　　　　　　　　　　　　　　　(OVER)

06CR19601-01

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | 2 yrs MSR. UN[?] |
| | | Boot Camp |
| | | Boot Camp |
| | | TOT 80 [?] Apt [?] |
| Judge Victoria A. Stewart - 1635　JUN 0 7 2007 | | Bu 7-6-07 [?] |
| 7-2-07 | STEWART | MTA allowed State to writ |
| | | B/A 8-18-07 |
| 7-6-07 | Stewart | Bn 8-18-07 |
| 7-18-07 | ✓ | BD 8/21/07 |
| 8-7-07 | ✓ | MJA Allowed Boot Camp |
| | | on call Cook County |
| | | 8/21/07 [?] Boot [?] |
| 8-31-07 | ✓ | MD 9/7/07 [?] |
| Judge Victoria A. Stewart - 1685　SEP 0 7 2007 | | BD c11/5/07 |
| | 10-12-07 | order of 2-21-07 to St |
| | | 6-p-IDOC - 5 [?] |
| | | credit [?] |
| | | corr [?] |
| | | Stwrt 11-2-07 |
| | 11-2-07 | OCIE |
| 3-11-08 | Stewart | Motion Stricken deft not present |

(Rev. 4/02/01) CCCR 0605 B

THE PEOPLE OF THE STATE OF ILLINOIS VS. — CASE NO. 06CR1959901 — TYRON BOWENS

| DATE | | | PA... |
|---|---|---|---|
| 9-11-06 | | | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | | | PRES. JUDGE ASSIGNMENT DATE: 9-26-06 |
| | | | BAIL PREVIOUSLY SET $ 250,000 |
| | | | consolidate all cases |

| DATE | JUDGE | | ORDERS ENTERED |
|---|---|---|---|
| | | | NO ARRAIGNMENT |
| | | | ASSIGNED TO JUDGE Mannion, 10-3-06 |
| | Stewart | OCT 03 2006 | O/C 10/5/06 |
| 10-5-06 | Stewart | | Won to Issue No Bail |
| 10/12/06 | Stewart | | W Q&R Bd risen o/m 10/16/06 |
| 10/16/06 | Stewart | | BA 10/17/06 |
| 10/17/06 | Stewart | | BD 11/15/06 #TIO |
| Judge Victoria A. Stewart - 1635 NOV 15 2006 | | | PJ BD 12/8/06 |
| Judge Victoria A. Stewart - 1635 DEC 08 2006 | | | BD 1/30/07 |
| Judge Victoria A. Stewart - 1635 JAN 30 2007 | | | PJ BD 3/13/07 2/21/07 |
| 2-21-07 | Stewart | | By JW Bye JT Stip to Facts Fgs Pre Snt Waiver DNA 6 yrs IDOC credit 190 CCJ fees/CS 2 yrs MSR. |

(Rev. 4/2/01) CCCR 0605 A                (OVER)

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | 06CR19599-01 |
| | | concurrent  06CR19600 |
| | | 06CR19601 |
| | | 06CR19602 |
| | | 06 19598 |
| | | Boot Camp  TIS SOP App'd |
| | Judge Victoria A. Stewart · 1635  JUN 0 7 2007 | Bn 7-6-07 |
| 7-2-07 | STEWART | MTA allowed, State to writ  B/A 8-18-07 |
| 7-6-07 | Stewart | BD  8/18/07 |
| 7-18-07 | Stewart | BW  8/21/07  Sent Medford  Sputa 8/21/07 |
| 8-9-07 | ↓ | Rock County Boot Camp  O/ all |
| 8-31-07 | ↓ | MD  9/7/07 for Alton |
| | Judge Victoria A. Stewart 1635  SEP 0 7 2007 | BD  11/02/07 |
| ↓ | 10-12-07 | order of 2-2-07 to at  16yr IDOC — 5 cases  credit 423 days  concrt Sentc 11-2-07 |
| ↓ | 11-2-07 | OCE |

(Rev. 4/02/01) CCCR 0605 B

| THE PEOPLE OF THE STATE OF ILLINOIS VS. | CASE NO. BOWERS 16CN599 |
|---|---|

| DATE | PAPERS FILED |
|---|---|
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: |
| | BAIL PREVIOUSLY SET $ |

p.3

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | ~~NO ARRAIGNMENT~~ |
| | | ~~ASSIGNED TO JUDGE~~ |
| 3/11/08 | Stewart | Motion Strike D F T Not Present |
| 4-30-08 | ″ | Mo Denied |

(Rev. 4/2/01) CCCR 0605 A                                    (OVER)