FILED MHN
JUL X 8 2008
7-8-2008
MICHAEL W. D[...]
CLERK, U.S. DISTRICT COURT

DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Stephanie Bowens**
(Please print)

STREET ADDRESS: 8953 S Racine

CITY/STATE/ZIP: Chicago IL 60620

PHONE NUMBER: 773 310 5355

CASE NUMBER: _____

_____          7-7-08
Signature                         Date