# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3883 | DATE | 7-25-08 |
| CASE TITLE | U.S. ex rel. Tyron Bowens (R-59619) v. Eddie Jones | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days to submit an amended petition for a writ of habeas corpus. The Clerk is directed to send petitioner the form for an amended petition for a writ of habeas corpus and instructions for filing along with a copy of this order. Petitioner should use the same case number on the amended petition, and should submit a service copy and a judge's copy. Failure to comply with this order may result in dismissal of this case.

■ [For further details see text below.]                                                                 Docketing to mail notices.

## STATEMENT

Petitioner Tyron Bowens, currently incarcerated at Pontiac Correctional Center, has filed a petition for habeas corpus relief and has paid the $5.00 filing fee. However, it is unclear what claims petitioner is raising. A habeas petitioner must state the grounds for each of his claims and briefly state the facts supporting each claim. *See* Rule 2(c) of the Rules Governing Section 2254 Cases. *Mayle v. Felix*, 545 U.S. 644, 656 (2005). In the current petition, petitioner appears to state both claims challenging his conviction and sentence, as well as claims challenging conditions of his confinement, such as failure to protect. Petitioner should only bring in his petition for habeas relief claims that challenge his conviction and sentence. Claims challenging conditions of his confinement should be brought in a separate civil rights suit under 42 U.S.C. § 1983. *See Glaus v. Anderson*, 408 F.3d 382, 387 (7th Cir. 2005) (claims that challenge the need for medical treatment in prison do not affect the duration of the prisoner's sentence or validity of his conviction and must be brought in a § 1983 civil rights action, as opposed to a habeas petition).

Accordingly, Petitioner is given 30 days from the date of this order to submit an amended petition that states his challenges to his conviction or sentence. The amended petition must be on the form required under Local Rule 81.3(a) of this Court. Petitioner must write both the case number and the judge's name on the petition and return the originally filled out and signed form and a copy for the judge and a copy for the Attorney General to the Prisoner Correspondent. Petitioner is advised to keep a copy for his files. If Petitioner chooses to make conformed copies, as opposed to photo copies, he may then request more copies of the amended petition form from the Prisoner Correspondent. Petitioner's failure to comply with this order in 30 days may result in dismissal of this case without prejudice.

| | Courtroom Deputy Initials: | isk |
|---|---|---|